# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2021

## NO. 03-19-00529-CV

**Peter Leavitt, Appellant**

**v.**

**McLane Company, Inc., Appellee**

### APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND TRIANA
### AFFIRMED -- OPINION BY JUSTICE BAKER

This is an appeal from the judgment signed by the trial court on May 10, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.